## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 6:22-CV-00119

Plaintiff:
**PURDUE RESEARCH FOUNDATION**

vs.

Defendant:
**GOOGLE LLC**

Received by EXPRESS LITIGATION SERVICES on the 3rd day of February, 2022 at 1:00 pm to be served on **Google LLC care of its Registered Agent: CORPORATION SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Thomas Kroll, being duly sworn, depose and say that on the **7th day of February, 2022** at **9:35 am, I:**

hand-delivered a true copy of this **Summons in a Civil Action with Original Complaint for Patent Infringement and Rule 7.1(a) Disclosure Statement,** to Google LLC care of its Registered Agent: CORPORATION SERVICE COMPANY by and through its designated agent, **EVIE LICHTENWALTER,** at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 7th day of February, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927

**Thomas Kroll**
PSC - 3012, Exp. 8/31/2023

**EXPRESS LITIGATION SERVICES**
**18601 LBJ Freeway**
**Suite 650**
**Mesquite, TX 75150**
**(214) 744-1981**

Our Job Serial Number: PEL-2022000386
Ref: THP 610 / PEL 386

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

FEB 3 2022

@ /cepm

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**PURDUE RESEARCH FOUNDATION,**
*Plaintiff*

V.  Civil Action No. **6:22−CV−00119**

**GOOGLE LLC,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: Google LLC
c/o Corporation Service Company
211 East 7th Street, Ste 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark D. Siegmund
> Steckler Wayne Cochran Cherry, PLLC
> 8416 Old McGregor Rd.
> Waco, TX 76712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/LEIGH ANNE DIAZ**

DEPUTY CLERK



ISSUED ON 2022−02−02 08:59:42

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-CV-00119

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Google, LLC__
was received by me on *(date)* __2/3/22__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____
_____
_____

**RETURN / AFFIDAVIT PROOF - ATTACHED**

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____