IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, § <br> § <br> Plaintiff, § <br> § Civil Action No. 6:22-cv-00119-ADA <br> vs. § <br> § JURY TRIAL DEMANDED <br> GOOGLE, LLC, § <br> § <br> Defendant. § <br> § | |

## NOTICE OF APPEARANCE – BRIAN C. BANNER

Defendant Google, LLC hereby notifies the Court that Brian C. Banner of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.3569, Facsimile: 512.402.6865, E-mail: bbanner@sgbfirm.com) has entered this action as counsel for Defendant. Mr. Banner requests that future filings and court notifications be served on him at the e-mail address indicated above.

Dated: February 15, 2022                     Respectfully submitted,

                                             /s/ Brian C. Banner
                                             Brian C. Banner (TX Bar No. 24059416)
                                             bbanner@sgbfirm.com
                                             SLAYDEN GRUBERT BEARD PLLC
                                             401 Congress Ave., Suite 1650
                                             Austin, TX 78701
                                             tel: 512.402.3550
                                             fax: 512.402.6865
                                             *Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 /s/ Brian C. Banner
Brian C. Banner
*Attorney for Defendants*