IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, § <br> § <br> Plaintiff, § <br> § Civil Action No. 6:22-cv-00119-ADA <br> vs. § <br> § JURY TRIAL DEMANDED <br> GOOGLE, LLC, § <br> § <br> Defendant. § <br> § | |

**NOTICE OF UNOPPOSED EXTENSION OF TIME TO FILE ANSWER OR
OTHERWISE RESPOND TO COMPLAINT**

Defendant Google LLC files this Notice of Unopposed Extension of Time to File Answer or Otherwise Respond to Complaint and respectfully shows the following:

Plaintiff Purdue Research Foundation filed its Complaint on February 1, 2022 (Dkt. 1) and served Defendant on February 7, 2022. Defendant's current response deadline is February 28, 2022. Defendant requests a 45-day extension to respond on or before April 14, 2022. Counsel for Defendant conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendant respectfully notifies the Court that the parties have agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint to April 14, 2022.

Dated: February 15, 2022              Respectfully submitted,

                                      */s/ Brian C. Banner*
                                      Brian C. Banner (TX Bar No. 24059416)
                                      bbanner@sgbfirm.com
                                      SLAYDEN GRUBERT BEARD PLLC

401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3569
fax: 512.402.6865
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                               /s/ Brian C. Banner
                                               Brian C. Banner
                                               *Attorney for Defendants*