IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:22-cv-119-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Under the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, the parties stipulate to extend the time for defendant Google LLC to answer or otherwise respond to the pending complaint by 15 days, from Thursday, April 14, 2022, to Friday, April 29, 2022. The parties make this stipulation not for the purpose of delay, but because plaintiff Purdue Research Foundation has informed defendant Google LLC that plaintiff plans to bring an amended complaint during this time.

| | |
|---|---|
| Date:   April 14, 2022 | Respectfully submitted, |
| */s/ Michael W. Shore* | */s/ Brian C. Banner* |
| Mark Siegmund (Texas Bar No. 24117055) | Brian C. Banner (Texas Bar No. 24059416) |
| mark@swclaw.com | bbanner@sgbfirm.com |
| Steckler Wayne Cochran Cherry, PLLC | Darryl Adams (Texas Bar No. 00796101) |
| 8416 Old McGregor Road | dadams@sgbfirm.com |
| Waco, Texas 76712 | SLAYDEN GRUBERT BEARD PLLC |
| Telephone: 254-651-3690 | 401 Congress Ave., Suite 1650 |
| | Austin, Texas 78701 |
| Alfonso G. Chan (Texas Bar No. 24012408) | +1 (512) 402-3569 |
| achan@shorechan.com | +1 (512) 402-6865 facsimile |
| Michael W. Shore (Texas Bar No. 18294915) | |
| mshore@shorechan.com | Matthew S. Warren |
| Raphael Chabaneix (Texas Bar No. 24118352) | Jennifer A. Kash (*admission pending*) |
| rchabaneix@shorechan.com | Erika Warren |

– 1 –

– 2 –

| | |
|---|---|
| Halima S. Ndai (Texas Bar No. 24105486) | Francesca M. S. Germinario |
| hndai@shorechan.com | Sachli Balazadeh-Nayeri (*admission pending*) |
| Shore Chan LLP | WARREN LEX LLP |
| 901 Main Street, Suite 3300 | 2261 Market Street, No. 606 |
| Dallas, Texas, 75702 | San Francisco, California, 94114 |
| Telephone: 214-593-9110 | +1 (415) 895-2940 |
| Fax: 214-593-9111 | +1 (415) 895-2964 facsimile |
| | 22-119@cases.warrenlex.com |
| *Attorneys for Plaintiff Purdue Research Foundation* | *Attorneys for Defendant Google LLC* |

## CERTIFICATE OF SERVICE

I certify that on April 14, 2022, I served the foregoing Stipulation to Extend Time to Respond to Complaint by notice of electronic filing on counsel of record registered with the Court as CM/ECF users.

*/s/ Brian C. Banner*
Brian C. Banner