AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION<br>*Plaintiff*<br>v.<br>GOOGLE LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  6:22-cv-119-ADA |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Purdue Research Foundation

Date:     04/28/2022

*Attorney's signature*

Mu Lin Hsu
*Printed name and bar number*

SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, TX 75202

*Address*

chsu@shorechan.com
*E-mail address*

(214) 593-9110
*Telephone number*

(214) 593-9111
*FAX number*