# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, § <br> § <br> Plaintiff, § <br> § Civil Action No. 6:22-cv-00119-ADA <br> vs. § <br> § JURY TRIAL DEMANDED <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § | |

## NOTICE OF APPEARANCE – FRANCESCA GERMINARIO

Defendant Google LLC hereby notifies the Court that Francesca Germinario of Warren Lex LLP (2261 Market St, San Francisco, CA 94114, Telephone: (415) 895-2940, Facsimile: (415) 895-2964, E-mail: francesca@warrenlex.com) has entered this action as counsel for Defendant. Ms. Germinario requests that future filings and court notifications be served on her at the e-mail address indicated above.

Dated: April 28, 2022                           Respectfully submitted,

                                                /s/ Brian C. Banner
                                                Brian C. Banner (TX Bar No. 24059416)
                                                bbanner@sgbfirm.com
                                                SLAYDEN GRUBERT BEARD PLLC
                                                401 Congress Ave., Suite 1650
                                                Austin, TX 78701
                                                tel: 512.402.3550
                                                fax: 512.402.6865
                                                *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/ Brian C. Banner
                                        Brian C. Banner
                                        *Attorney for Defendant*