**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:22-cv-119-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**DISCLOSURE STATEMENT UNDER RULE 7.1 OF DEFENDANT GOOGLE LLC**

Under Rule 7.1 of the Federal Rules of Civil Procedure, defendant Google LLC discloses

that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc.

Alphabet Inc. is publicly traded; no publicly traded company holds more than 10% of its stock.

Date:  May 12, 2022

Respectfully submitted,

/s/ Brian C. Banner
Brian C. Banner (Texas Bar No. 24059416)
bbanner@sgbfirm.com
Darryl J. Adams (Texas Bar No. 00796101)
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Avenue, Suite 1650
Austin, Texas, 78701
+1 (512) 402-3569
+1 (512) 402-6865 facsimile

Matthew S. Warren
Jennifer A. Kash
Erika Warren
Francesca M. S. Germinario
Sachli Balazadeh-Nayeri (*admission pending*)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

– 1 –

– 2 –

22-119@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I certify that on May 12, 2022, I served the foregoing document by notice of electronic filing on counsel of record registered as CM/ECF users.

/s/ Brian C. Banner
Brian C. Banner