IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:22-cv-119-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## CASE READINESS STATUS REPORT

Plaintiff Purdue Research Foundation ("Plaintiff") and Defendant Google LLC ("Defendant"), hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed. Accordingly, neither a *Markman* date nor a trial date have yet been proposed.

## FILING AND EXTENSIONS

Plaintiff's Original Complaint was filed on February 1, 2022. On February 15, 2022, Plaintiff and Defendant agreed to extend Defendant's time to respond for 45 days, until April 14, 2022. Docket No. 8. On April 14, 2022, to give Plaintiff time to file a First Amended Complaint, Plaintiff and Defendant agreed to extend Defendant's time to respond for an additional 15 days, until April 29, 2022. Docket No. 9. Plaintiff filed its First Amended Complaint on April 28, 2022. Docket No. 16.

## RESPONSE TO THE COMPLAINT

Defendant answered the First Amended Complaint on May 12, 2022. *See* Docket No. 17.

1

## PENDING MOTIONS

There are no motions pending before the Court.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no known related cases.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent and at least one claim. The asserted patent is U.S. Patent No. 10,379,925. Plaintiff has not yet served its preliminary infringement contentions.

## APPOINTMENT OF TECHNICAL ADVISER

Currently the parties do not believe that a technical adviser will be helpful in this case.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The parties raise the following pre-*Markman* issues:

**Protective Order.** The parties anticipate submitting a proposed form of protective order governing confidentiality, or their disputes regarding such an order.

**Motion to Transfer.** Defendant anticipates filing a motion to transfer this matter under 28 U.S.C. § 1404(a) to the Northern District of California. Plaintiff will oppose such a motion.

Dated: May 19, 2022

| | |
|---|---|
| */s/ Halima Shukri Ndai* | */s/ Brian C. Banner* |
| Mark D. Siegmund (SBN 24117055) | Brian C. Banner (Texas Bar No. 24059416) |
| STECKLER WAYNE CHERRY | bbanner@sgbfirm.com |
| & LOVE PLLC | Darryl J. Adams (Texas Bar No. 00796101) |
| 8416 Old McGregor Road | dadams@sgbfirm.com |
| Waco, Texas 76712 | Darryl J. Adams (Texas Bar No. 00796101) |
| Tel: (254) 651-3690 | dadams@sgbfirm.com |
| Fax: (254) 651-3689 | SLAYDEN GRUBERT BEARD PLLC |

| | |
|---|---|
| mark@swclaw.com | 401 Congress Avenue, Suite 1650 |
| | Austin, Texas, 78701 |
| Michael W. Shore (SBN 18294915) | +1 (512) 402-3569 |
| Alfonso G. Chan (SBN 24012408) | +1 (512) 402-6865 facsimile |
| Halima Shukri Ndai (SBN 24105486) | |
| Raphael Chabaneix (SBN 24118352) | Matthew S. Warren |
| Mu Lin Hsu (SBN 24106118) | Jennifer A. Kash |
| SHORE CHAN LLP | Erika Warren |
| 901 Main Street, Suite 3300 | Francesca M. S. Germinario |
| Dallas, Texas 75202 | Sachli Balazadeh-Nayeri (*admission pending*) |
| Telephone: (214) 593-9110 | WARREN LEX LLP |
| Facsimile: (214) 593-9111 | 2261 Market Street, No. 606 |
| mshore@shorechan.com | San Francisco, California, 94114 |
| achan@shorechan.com | +1 (415) 895-2940 |
| hndai@shorechan.com | +1 (415) 895-2964 facsimile |
| rchabaneix@shorechan.com | 22-119@cases.warrenlex.com |
| chsu@shorechan.com | |
| | *Attorneys for Defendant Google LLC* |
| *Counsel for Plaintiff* | |
| *Purdue Research Foundation* | |

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system on May 19, 2022.

*/s/ Halima Shukri Ndai*
Halima Shukri Ndai