**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:22-cv-119-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S OPPOSED**
**MOTION UNDER 28 U.S.C. § 1404(A) TO TRANSFER**
**VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

Before the Court is the Defendant's Opposed Motion Under 28 U.S.C. § 1404(a) to Transfer Venue to the Northern District of California in this action. After consideration of the motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that Defendant's Opposed Motion Under 28 U.S.C. § 1404(a) to Transfer Venue to the Northern District of California filed on June 9, 2022 is **GRANTED**.

It is further **ORDERED** that this action is **TRANSFERRED** to the Northern District of California.

**SIGNED** on this _____ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE