# EXHIBIT C

[(//www.prf.org)](//www.prf.org)

About (index.html)

# PURDUE RESEARCH FOUNDATION ADMINISTRATION

Purdue Research Foundation (PRF) is a nonprofit corporation administered by the professionals below who manage the day-to-day operations of the foundation.

The areas of administrative concentration and the responsible individuals are:

| | | |
|---|---|---|
| **President** | **Brian E. Edelman (mailto:beedelman@prf.org)** | **765-588-3826** |
| **Chief Human Resources Officer** | **Mitch W. Armbruster (mailto:mwarmbruster@prf.org)** | **765-588-1043** |
| **Chief Financial Officer & Treasurer and Back A Boiler Program Manager** | **Scott W. Seidle (mailto:sseidle@prf.org)** | **765-588-1059** |
| **VP Marketing and Communications** | **Kelly Nicholl (mailto:khnicholl@prf.org)** | **765-269-4082** |
| **SVP Alliances and Placemaking** | **Gregory W. Deason (mailto:gwdeason@prf.org)** | **765-588-5251** |
| **VP Economic Development and Corporate Counsel** | **Emily G. Najem (mailto:egnajem@prf.org)** | **765-588-3468** |

| | | |
|---|---|---|
| **VP and Chief Facilities Officer** | **Richard J. Michal (mailto:rjmichal@prf.org)** | **765-588-3576** |
| **Chief Innovation and Collaboration Officer** | **David Broecker (mailto:dabroecker@prf.org) (mailto:dabroecker@prf.org)** | |
| **SVP of Commercialization** | **Brooke L. Beier (mailto:blbeier@prf.org)** | **765-588-3475** |
| **Vice President for Development, Purdue for Life Foundation** | **Gregory R. Kapp (mailto:RGKapp@prf.org)** | **765-494-4234** |
| **Chief Investment Officer** | **David Cooper (mailto:dccooper@prf.org)** | **765-588-5495** |
| **VP Information Technology and McClure Services** | **Ed Johnson (mailto:eajohnson@prf.org)** | **765-588-1069** |

**ABOUT**

**Purdue Research Foundation Administration**

**History**

**Governance**

**Areas of Concentration**

**2020 Annual Report**

PURDUE RESEARCH FOUNDATION +

TECHNOLOGY TRANSFER +

ENTREPRENEURSHIP +

Purdue Research Foundation Administration - Purdue Research Foundation - Purdue University

PURDUE RESEARCH PARK

**(https://www.facebook.com/pages/Purdue-Research-Park/109669039052862)**

**(https://twitter.com/PurdueRP)**

**(https://www.youtube.com/user/PurdueResearchPark)**

**(http://www.linkedin.com/company/purdue-research-foundation)**

**(http://instagram.com/purdue_research_foundation)**

Kurz Purdue Technology Center, 1281 Win Hentschel Blvd., West Lafayette, IN 47906, 765-588-3470
© 2020 Purdue Research Foundation | **Maintained by Purdue Research Foundation (http://www.prf.org)**
Trouble with this page? Please contact Purdue Research Foundation by Phone, 765-588-3470, or FAX, 765-463-3501.

https://www.prf.org/about/administration.html 3/3