# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:22-cv-119-ADA |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## ORDER GRANTING AGREED MOTION TO
## TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

Before the Court is an Agreed Motion to Transfer to the Northern District of California by Plaintiff Purdue Research Foundation and Defendant Google LLC. After consideration of the motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that Agreed Motion to Transfer to the Northern District of California, filed on June 16, 2022 is **GRANTED**.

It is further **ORDERED** that this action is **TRANSFERRED** to the Northern District of California.

**SIGNED** on this _____ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE