IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:22-cv-119-ADA |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

**ORDER GRANTING AGREED MOTION TO
TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

Before the Court is an Agreed Motion to Transfer to the Northern District of California by Plaintiff Purdue Research Foundation and Defendant Google LLC. After consideration of the motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that Agreed Motion to Transfer to the Northern District of California, filed on June 16, 2022 is **GRANTED**.

It is further **ORDERED** that this action is **TRANSFERRED** to the Northern District of California.

**SIGNED** on this 27th day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE