# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:22–cv–00119–ADA

Purdue Research Foundation v. Google LLC  
Assigned to: Judge Alan D Albright  
Cause: 35:271 Patent Infringement

Date Filed: 02/01/2022  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Purdue Research Foundation**     represented by     **Alfonso Garcia Chan**  
Shore Chan LLP  
901 Main Street, Suite 3300  
Dallas, TX 75202  
(214) 593–9110  
Fax: (214) 593–9111  
Email: achan@shorechan.com  
*ATTORNEY TO BE NOTICED*

**Halima Shukri Ndai**  
Shore Chan LLP  
901 Main Street, Suite 3300  
Dallas, TX 75202  
214–593–9110  
Fax: 214–593–9111  
Email: hndai@shorechan.com  
*ATTORNEY TO BE NOTICED*

**Michael W. Shore**  
Shore Chan DePumpo LLP  
901 Main Street, Suite 3300  
Dallas, TX 75202  
(214) 593–9110  
Fax: (214) 593–9111  
Email: mshore@shorechan.com  
*ATTORNEY TO BE NOTICED*

**Mu Lin Hsu**  
Shore Chan LLP  
901 Main Street, Ste 3300  
Dallas, TX 75202  
(214) 593–9110  
Fax: (214) 593–9111  
Email: chsu@shorechan.com  
*ATTORNEY TO BE NOTICED*

**Raphael Denis Philippe Chabaneix**  
Shore Chan LLP  
901 Main Street  
Dallas, TX 75202  
(214) 593–9110  
Email: rchabaneix@shorechan.com

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Mark D. Siegmund**<br>Steckler Wayne Cherry & Love, PLLC<br>8416 Old McGregor Rd.<br>Waco, TX 76712<br>254–651–3690<br>Fax: 254–651–3689<br>Email: mark@swclaw.com<br>*ATTORNEY TO BE NOTICED* |
| V. |  |  |
| **Defendant** |  |  |
| Google LLC | represented by | **Brian Christopher Banner**<br>Slayden Grubert Beard PLLC<br>401 Congress Avenue, Suite 1650<br>Austin, TX 78701<br>512–402–3569<br>Fax: 512–402–6865<br>Email: bbanner@sgbfirm.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Erika Hart Warren**<br>Warren Lex LLP<br>2261 Market Street, No. 606<br>San Francisco, CA 94114<br>415–895–2927<br>Fax: 415–895–2964<br>Email: erika@warrenlex.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Francesca Miki Shima Germinario**<br>Warren Lex LLP<br>2261 Market Street #606<br>San Francisco, CA 94114<br>(415) 895–2942<br>Fax: (415) 895–2964<br>Email: francesca@warrenlex.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jennifer A. Kash**<br>Warren Lex LLP<br>2261 Market St., #606<br>San Francisco, CA 94114<br>(415) 895–2923<br>Fax: (415) 895–2964<br>Email: jen@warrenlex.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Matthew Warren**<br>Warren Lex LLP<br>2261 Market Street, No. 606 |

San Francisco, CA 94114–1600
415–895–2940
Fax: 415–895–2964
Email: matt@warrenlex.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2022 | Ï 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542–15670870), filed by Purdue Research Foundation. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Siegmund, Mark) (Entered: 02/01/2022) |
| 02/01/2022 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Purdue Research Foundation. (Siegmund, Mark) (Entered: 02/01/2022) |
| 02/01/2022 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Siegmund, Mark) (Entered: 02/01/2022) |
| 02/01/2022 | Ï 4 | RULE 7 DISCLOSURE STATEMENT filed by Purdue Research Foundation. (Siegmund, Mark) (Entered: 02/01/2022) |
| 02/01/2022 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 02/02/2022) |
| 02/02/2022 | Ï | All parties shall comply with the Standing Orders located at https://www.txwd.uscourts.gov/judges–information/standing–orders/. (lad) (Entered: 02/02/2022) |
| 02/02/2022 | Ï 5 | Summons Issued as to Google LLC. (lad) (Entered: 02/02/2022) |
| 02/10/2022 | Ï 6 | SUMMONS Returned Executed by Purdue Research Foundation. Google LLC served on 2/7/2022, answer due 2/28/2022. (Siegmund, Mark) (Entered: 02/10/2022) |
| 02/15/2022 | Ï 7 | NOTICE of Attorney Appearance by Brian Christopher Banner on behalf of Google LLC. Attorney Brian Christopher Banner added to party Google LLC(pty:dft) (Banner, Brian) (Entered: 02/15/2022) |
| 02/15/2022 | Ï 8 | NOTICE *of UNOPPOSED EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT* by Google LLC (Banner, Brian) (Entered: 02/15/2022) |
| 03/10/2022 | Ï | Parties shall comply with Judge Albright's updated standing orders and COVID–19 standing order available by clicking the included hyperlinks.<br><br>The updated orders are as follows:<br>1. Standing Order Regarding Notice of Readiness for Patent Cases 030722,<br>2. Standing Order on Pretrial Procedures and Requirements in Civil Cases 030722,<br>3. Standing Order Governing Proceedings 4.0 – Patent Cases 030722,<br>4. Amended Standing Order Regarding Coronavirus (COVID–19) and Court Proceedings,<br>5. Amended Standing Order Regarding Joint Or Unopposed Request To Change Deadlines 030722,<br>6. Amended Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions 030722. (jkda) (Entered: 03/10/2022) |
| 04/14/2022 | Ï 9 | NOTICE *of Stipulation to Extend Time to Respond to Complaint* by Google LLC (Banner, Brian) (Entered: 04/14/2022) |
| 04/14/2022 | Ï 10 | |

| | | |
|---|---|---|
| | | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 04/14/2022) |
| 04/28/2022 | ï 11 | NOTICE of Attorney Appearance by Mu Lin Hsu on behalf of Purdue Research Foundation. Attorney Mu Lin Hsu added to party Purdue Research Foundation(pty:pla) (Hsu, Mu Lin) (Entered: 04/28/2022) |
| 04/28/2022 | ï 12 | NOTICE of Attorney Appearance by Brian Christopher Banner on behalf of Google LLC (Banner, Brian) (Entered: 04/28/2022) |
| 04/28/2022 | ï 13 | NOTICE of Attorney Appearance by Brian Christopher Banner on behalf of Google LLC (Banner, Brian) (Entered: 04/28/2022) |
| 04/28/2022 | ï 14 | NOTICE of Attorney Appearance by Brian Christopher Banner on behalf of Google LLC (Banner, Brian) (Entered: 04/28/2022) |
| 04/28/2022 | ï 15 | NOTICE of Attorney Appearance by Brian Christopher Banner on behalf of Google LLC (Banner, Brian) (Entered: 04/28/2022) |
| 04/28/2022 | ï 16 | AMENDED COMPLAINT against Google LLC amending 1 Complaint., filed by Purdue Research Foundation. (Attachments: # 1 Exhibit A)(Siegmund, Mark) (Entered: 04/28/2022) |
| 05/12/2022 | ï 17 | ANSWER to 16 Amended Complaint with Jury Demand by Google LLC.(Banner, Brian) (Entered: 05/12/2022) |
| 05/12/2022 | ï 18 | RULE 7 DISCLOSURE STATEMENT filed by Google LLC identifying Corporate Parent Alphabet Inc., Corporate Parent XXVI Holdings Inc. for Google LLC. (Banner, Brian) (Entered: 05/12/2022) |
| 05/19/2022 | ï 19 | STATUS REPORT *Case Readiness Status Report* by Purdue Research Foundation. (Ndai, Halima) (Entered: 05/19/2022) |
| 06/09/2022 | ï 20 | Opposed Sealed Motion *to Transfer Venue to the Northern District of California* by Google LLC (Attachments: # 1 Declaration, # 2 Declaration, # 3 Declaration, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Exhibit R, # 22 Exhibit S, # 23 Exhibit T, # 24 Exhibit U, # 25 Exhibit V, # 26 Exhibit W, # 27 Exhibit X, # 28 Exhibit Y, # 29 Exhibit Z, # 30 Exhibit AA, # 31 Exhibit BB, # 32 Exhibit CC, # 33 Exhibit DD, # 34 Exhibit EE, # 35 Exhibit FF, # 36 Exhibit GG, # 37 Exhibit HH, # 38 Exhibit II, # 39 Proposed Order) (Banner, Brian) (Entered: 06/09/2022) |
| 06/16/2022 | ï 21 | Proposed Scheduling Order *Joint* by Purdue Research Foundation. (Attachments: # 1 Exhibit A)(Ndai, Halima) (Entered: 06/16/2022) |
| 06/16/2022 | ï 22 | Redacted Copy of 20 Opposed Sealed Motion *to Transfer Venue to the Northern District of California* by Google LLC by Google LLC. (Attachments: # 1 DECLARATION OF TORBJORN NORBYE, # 2 DECLARATION OF WILLIAM RANDALL, # 3 DECLARATION OF ERIKA WARREN, # 4 Proposed Order, # 5 Exhibit A, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Exhibit G, # 12 Exhibit H, # 13 Exhibit I, # 14 Exhibit J, # 15 Exhibit K, # 16 Exhibit L, # 17 Exhibit M, # 18 Exhibit N, # 19 Exhibit O, # 20 Exhibit P, # 21 Exhibit Q, # 22 Exhibit R, # 23 Exhibit S, # 24 Exhibit T, # 25 Exhibit U, # 26 Exhibit V, # 27 Exhibit W, # 28 Exhibit X, # 29 Exhibit Y, # 30 Exhibit Z, # 31 Exhibit AA, # 32 Exhibit BB, # 33 Exhibit CC, # 34 Exhibit DD, # 35 Exhibit EE, # 36 Exhibit FF, # 37 Exhibit GG, # 38 Exhibit HH, # 39 Exhibit II)(Banner, Brian) (Entered: 06/16/2022) |
| 06/16/2022 | ï 23 | Agreed MOTION to Transfer Case *to the Northern District of California* by Google LLC. (Attachments: # 1 Proposed Order)(Banner, Brian) (Entered: 06/16/2022) |
| 06/27/2022 | ï 24 | |

ORDER GRANTING 23 Motion to Transfer Case Signed by Judge Alan D Albright. (sv) (Entered: 06/27/2022)

Case 3:22-cv-03870-AGT   Document 25   Filed 06/30/22   Page 5 of 5

ORDER GRANTING 23 Motion to Transfer Case Signed by Judge Alan D Albright. (sv) (Entered: 06/27/2022)