M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
**KRAMER DAY ALBERTI LIM TONKOVICH & BELLOLI LLP**
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Michael W. Shore (*pro hac vice* to be filed)
mshore@shorechan.com
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111

*Attorneys for Plaintiff*
Purdue Research Foundation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | Case No. 3:22-cv-03870-AGT |
| *Plaintiff,* | **NOTICE OF APPEARANCE** |
| v. | |
| GOOGLE LLC, | |
| *Defendant.* | |

-1-

NOTICE OF APPEARANCE - Case No. 3:22-cv-03870-AGT

PLEASE TAKE NOTICE that M. Elizabeth Day of Kramer Day Alberti Lim Tonkovich & Belloli LLP hereby appears as counsel for Plaintiff Purdue Research Foundation. Copies of all pleadings, papers, correspondence and electronic filing notices should be directed to:

M. Elizabeth Day
KRAMER DAY ALBERTI LIM
TONKOVICH & BELLOLI LLP
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300/Fax: 650 460-8443
eday@kramerday.com

Respectfully submitted,

Dated: July 15, 2022

*/s/ M. Elizabeth Day*
M. Elizabeth Day (SBN 177125)

**KRAMER DAY ALBERTI
LIM TONKOVICH & BELLOLI LLP**

*Attorneys for Plaintiff*
Purdue Research Foundation