```
 1  M. Elizabeth Day (SBN 177125)
    eday@feinday.com
 2  David Alberti (SBN 220625)
    dalberti@feinday.com
 3  Marc Belloli (SBN 244290)
    mbelloli@feinday.com
 4  KRAMER DAY ALBERTI LIM
    TONKOVICH & BELLOLI LLP
 5  577 Airport Boulevard, Suite 250
    Burlingame, California 94010
 6  Telephone: (650) 825-4300
    Facsimile: (650) 460-8443
 7
 8  Michael W. Shore (pro hac vice to be filed)
    mshore@shorechan.com
 9  SHORE CHAN LLP
    901 Main Street, Suite 3300
10  Dallas, Texas 75202
    Telephone: 214-593-9110
11  Fax: 214-593-9111
12
13  Attorneys for Plaintiff
    Purdue Research Foundation
14
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | Case No. 3:22-cv-03870-AGT |
| *Plaintiff,* | **NOTICE OF APPEARANCE** |
| v. | |
| GOOGLE LLC, | |
| *Defendant.* | |

-1-

1   PLEASE TAKE NOTICE that Marc Belloli of Kramer Day Alberti Lim Tonkovich &
Belloli LLP hereby appears as counsel for Plaintiff Purdue Research Foundation.  Copies of all
pleadings, papers, correspondence and electronic filing notices should be directed to:

Marc Belloli
KRAMER DAY ALBERTI LIM
TONKOVICH & BELLOLI LLP
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300/Fax: 650 460-8443
mbelloli@kramerday.com

Respectfully submitted,

Dated:  July 15, 2022

*/s/ Marc Belloli*
Marc Belloli (SBN 244290)

**KRAMER DAY ALBERTI**
**LIM TONKOVICH & BELLOLI LLP**

*Attorneys for Plaintiff*
Purdue Research Foundation