1  Matthew S. Warren (State Bar No. 230565)
2  Erika H. Warren (State Bar No. 295570)
   Francesca M. S. Germinario (State Bar No. 326208)
3  Sachli Balazadeh-Nayeri (State Bar No. 341885)
   22-3870@cases.warrenlex.com
4  Warren Lex LLP
   2261 Market Street, No. 606
5  San Francisco, California, 94114
   +1 (415) 895-2940
6  +1 (415) 895-2964 facsimile

7  *Attorneys for Defendant Google LLC*

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  PURDUE RESEARCH FOUNDATION,       ) Case No. 3:22-cv-3870-AGT
                                      )
14         Plaintiff,                 ) **NOTICE OF ATTORNEY APPEARANCE**
                                      ) **OF SACHLI BALAZADEH-NAYERI**
15  v.                                )
                                      )
16  GOOGLE LLC,                       )
                                      )
17         Defendant.                 )
                                      )

Plaintiff Google LLC hereby notifies the Court and the parties to this action that Sachli Balazadeh-Nayeri of Warren Lex LLP, an attorney admitted to practice before this Court, appears as additional counsel for plaintiffs Google LLC in this matter.  Please serve all pleadings, correspondence, and other material on Ms. Balazadeh-Nayeri at the following address:

> Sachli Balazadeh-Nayeri
> Warren Lex LLP
> 2261 Market Street, No. 606
> San Francisco, California, 94114
> +1 (415) 895-2940
> +1 (415) 895-2964 facsimile
> 22-3870@cases.warrenlex.com

Date:   July 15, 2022

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-3870@cases.warrenlex.com

*Attorneys for Defendant Google LLC*