Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-3870@cases.warrenlex.com
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | Case No. 3:22-cv-3870-AGT |
| Plaintiff, | **DEFENDANT GOOGLE LLC'S CERTIFICATE OF INTERESTED ENTITIES** |
| v. | |
| GOOGLE LLC, | **JURY TRIAL DEMANDED** |
| Defendant. | |

Under Federal Rule of Civil Procedure 7.1, defendant Google LLC ("Google") discloses that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Under Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or

//

//

//

//

(ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Google LLC

    2.    XXVI Holdings Inc., Holding Company of Google LLC

    3.    Alphabet Inc., Holding Company of XXVI Holdings Inc.

Date:  July 15, 2022

Respectfully submitted,

_[signature]_

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-3870@cases.warrenlex.com

*Attorneys for Defendant Google LLC*