M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
**KRAMER DAY ALBERTI LIM TONKOVICH & BELLOLI LLP**
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Michael W. Shore (*pro hac vice*)
mshore@shorechan.com
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111

*Attorneys for Plaintiff*
Purdue Research Foundation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | Case No. 3:22-cv-03870-JSC |
| *Plaintiff,* | **NOTICE OF CHANGE IN OF COUNSEL** |
| v. | |
| GOOGLE LLC, | |
| *Defendant.* | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that that as of June 30, 2022, Alfonso G. Chan will no longer be associated with the firm Shore Chan. Mr. Chan is therefore no longer counsel of record for Plaintiff Purdue Research Foundation in the above referenced matter. Plaintiff respectfully requests that Mr. Chan's name be removed from all applicable service lists, including Notices of

Electronic Filing. The law firms of Shore Chan and Kramer Day will continue to serve as counsel for Plaintiff.

Dated: July 21, 2022							Respectfully submitted,

/s/ *M. Elizabeth Day*
M. Elizabeth Day

*Attorneys for* Purdue Research Foundation