M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
**KRAMER DAY ALBERTI LIM TONKOVICH & BELLOLI LLP**
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Michael W. Shore (*pro hac vice*)
mshore@shorechan.com
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111

*Attorneys for Plaintiff*
Purdue Research Foundation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | Case No. 3:22-cv-03870-JSC |
| *Plaintiff,* | **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| GOOGLE LLC, | |
| *Defendant.* | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Purdue Research Foundation states the following:

Purdue Research Foundation has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Purdue Research Foundation is a private, non-profit foundation created to advance the mission of Purdue University.

Purdue University is an arm of the State of Indiana, and it is not subject to private ownership and does not issue stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Purdue Research Foundation

2. Purdue University.

The undersigned reserves the right to file a supplemental or amended statement upon any change in the information that this statement requires.

Dated: July 21, 2022                                        Respectfully submitted,

                                                            /s/ *Michael W. Shore*
                                                            Michael W. Shore

                                                            *Counsel for Plaintiff*
                                                            Purdue Research Foundation