Michael W. Shore (*pro hac vice*)
Shore Chan LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111
mshore@shorechan.com

M. Elizabeth Day (State Bar No. 177125)
Marc Belloli (State Bar No. 244290)
David Alberti (State Bar No. 220625)
Kramer Day Alberti Lim
   Tonkovich & Belloli LLP
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300
Fax: 650 460-8443
eday@kramerday.com
mbelloli@kramerday.com
dalberti@kramerday.com

*Attorneys for Plaintiff Purdue Research Foundation*

Matthew S. Warren (State Bar No. 230565)
Jennifer A. Kash (Sate Bar No. 203679)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-3870@cases.warrenlex.com
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 3:22-cv-3870-JSC<br><br>**JOINT STIPULATION TO POSTPONE DEADLINE FOR INITIAL DISCLOSURES AND PROPOSED ORDER** |

Under Local Rules 6-1 and 6-2, plaintiff Purdue Research Foundation and defendant Google LLC hereby stipulate and agree, subject to the approval of the Court, to extend the deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1) from August 4, 2022 to August 19, 2022.

WHEREAS, the deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1) is August 4, 2022;

WHEREAS, during the parties' Rule 26(f) conference on July 21, 2022, plaintiff requested to extend this deadline until August 19, 2022, for the reasons set forth in the concurrently filed declaration;

WHEREAS, defendant does not oppose this request;

NOW, THEREFORE, plaintiff Purdue Research Foundation and defendant Google LLC hereby stipulate and agree, subject to the approval of the Court, to extend the deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1) from August 4, 2022 to August 19, 2022.

Date:  July 27, 2022

Respectfully submitted,

/s/ Michael W. Shore
_____

Michael W. Shore (*pro hac vice*)
Shore Chan LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111
mshore@shorechan.com

M. Elizabeth Day (State Bar No. 177125)
Marc Belloli (State Bar No. 244290)
David Alberti (State Bar No. 220625)
Kramer Day Alberti Lim
    Tonkovich & Belloli LLP
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300
Fax: 650 460-8443
eday@kramerday.com
mbelloli@kramerday.com
dalberti@kramerday.com

*Attorneys for Plaintiff Purdue Research Foundation*

_____

Matthew S. Warren (State Bar No. 230565)
Jennifer A. Kash (Sate Bar No. 203679)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-3870@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
JUDGE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO POSTPONE DEADLINE FOR INITIAL DISCLOSURES

**SIGNATURE ATTESTATION**

Under Civil L.R. 5-1(h)(3), I attest that all electronic signatories to the foregoing document have concurred in this filing, and that I have maintained records to support this concurrence.

_____

Sachli Balazadeh-Nayeri

JOINT STIPULATION TO POSTPONE DEADLINE FOR INITIAL DISCLOSURES