| | |
|---|---|
| Michael W. Shore (*pro hac vice*) | Matthew S. Warren (State Bar No. 230565) |
| Shore Chan LLP | Jennifer A. Kash (Sate Bar No. 203679) |
| 901 Main Street, Suite 3300 | Erika H. Warren (State Bar No. 295570) |
| Dallas, Texas 75202 | Francesca M. S. Germinario (State Bar No. 326208) |
| Telephone: 214-593-9110 | Sachli Balazadeh-Nayeri (State Bar No. 341885) |
| Fax: 214-593-9111 | 22-3870@cases.warrenlex.com |
| mshore@shorechan.com | Warren Lex LLP |
| | 2261 Market Street, No. 606 |
| M. Elizabeth Day (State Bar No. 177125) | San Francisco, California, 94114 |
| Marc Belloli (State Bar No. 244290) | +1 (415) 895-2940 |
| David Alberti (State Bar No. 220625) | +1 (415) 895-2964 facsimile |
| Kramer Day Alberti Lim | |
|    Tonkovich & Belloli LLP | *Attorneys for Defendant Google LLC* |
| 577 Airport Blvd., Suite 250 | |
| Burlingame, CA. 94010 | |
| Tel: 650 825-4300 | |
| Fax: 650 460-8443 | |
| eday@kramerday.com | |
| mbelloli@kramerday.com | |
| dalberti@kramerday.com | |

*Attorneys for Plaintiff Purdue Research Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | Case No. 3:22-cv-3870-JSC |
| Plaintiff, | **JOINT STIPULATION TO POSTPONE DEADLINE FOR INITIAL DISCLOSURES AND PROPOSED ORDER** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

Under Local Rules 6-1 and 6-2, plaintiff Purdue Research Foundation and defendant Google LLC hereby stipulate and agree, subject to the approval of the Court, to extend the deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1) from August 4, 2022 to August 19, 2022.

WHEREAS, the deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1) is August 4, 2022;

1  WHEREAS, during the parties' Rule 26(f) conference on July 21, 2022, plaintiff requested to extend this deadline until August 19, 2022, for the reasons set forth in the concurrently filed declaration;

WHEREAS, defendant does not oppose this request;

NOW, THEREFORE, plaintiff Purdue Research Foundation and defendant Google LLC hereby stipulate and agree, subject to the approval of the Court, to extend the deadline for initial disclosures under Fed. R. Civ. P. 26(a)(1) from August 4, 2022 to August 19, 2022.

Date: July 27, 2022

/s/ Michael W. Shore

Michael W. Shore (*pro hac vice*)
Shore Chan LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111
mshore@shorechan.com

M. Elizabeth Day (State Bar No. 177125)
Marc Belloli (State Bar No. 244290)
David Alberti (State Bar No. 220625)
Kramer Day Alberti Lim
   Tonkovich & Belloli LLP
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300
Fax: 650 460-8443
eday@kramerday.com
mbelloli@kramerday.com
dalberti@kramerday.com

*Attorneys for Plaintiff Purdue Research Foundation*

Respectfully submitted,

/s/ MHS

Matthew S. Warren (State Bar No. 230565)
Jennifer A. Kash (Sate Bar No. 203679)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-3870@cases.warrenlex.com

*Attorneys for Defendant Google LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____    _____
JUDGE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

Under Civil L.R. 5-1(h)(3), I attest that all electronic signatories to the foregoing document have concurred in this filing, and that I have maintained records to support this concurrence.

_____
Sachli Balazadeh-Nayeri