M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
**KRAMER DAY ALBERTI LIM TONKOVICH & BELLOLI LLP**
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

Michael W. Shore (*pro hac vice*)
mshore@shorechan.com
**SHORE CHAN LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111

*Attorneys for Plaintiff*
Purdue Research Foundation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, *Plaintiff,* v. GOOGLE LLC, *Defendant.* | Case No. 3:22-cv-03870-JSC **DECLARATION OF MICHAEL W. SHORE** |

DECLARATION OF MICHAEL W. SHORE - Case No. 3:22-cv-03870-JSC

1  Shore Chan LLP has gone through a restructuring recently with a name partner and 4
2  other attorneys departing the Firm on June 30, 2022. The Firm will complete a name change on
3  August 1, 2022 and become The Shore Firm. The restructuring has required adding additional
4  counsel from Susman Godfrey LLP to the present matter. To provide adequate time for additional
5  counsel to get up to speed on the case and reassign responsibilities within the firms, the brief
6  extension to August 19, 2022 is necessary so Purdue can provide robust and complete disclosures.

Dated: July 27, 2022                    Respectfully submitted,

                                        /s/ *Michael W. Shore*
                                        Michael W. Shore

                                        *Counsel for Plaintiff*
                                        Purdue Research Foundation