1  M. Elizabeth Day (SBN 177125)
   eday@feinday.com
2  David Alberti (SBN 220625)
   dalberti@feinday.com
3  Marc Belloli (SBN 244290)
   mbelloli@feinday.com
4  **KRAMER DAY ALBERTI LIM**
5  **TONKOVICH & BELLOLI LLP**
   577 Airport Boulevard, Suite 250
6  Burlingame, California 94010
   Telephone: (650) 825-4300
7  Facsimile: (650) 460-8443
8
   Michael W. Shore (*pro hac vice*)
9  mshore@shorechan.com
   **SHORE CHAN LLP**
10 901 Main Street, Suite 3300
   Dallas, Texas 75202
11 Telephone: 214-593-9110
   Fax: 214-593-9111
12
13 *Attorneys for Plaintiff*
   Purdue Research Foundation
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | Case No. 3:22-cv-03870-JSC |
| *Plaintiff,* | **NOTICE OF CHANGE IN OF COUNSEL** |
| v. | |
| GOOGLE LLC, | |
| *Defendant.* | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Mark Siegmund is no longer counsel of record for Plaintiff Purdue Research Foundation. Additionally, as of July 18, 2022, Mu Lin Hsu and Raphael Chabaneix are no longer associated with the firm Shore Chan. Messers. Hsu and Chabaneix are therefore no longer counsel of record for Plaintiff Purdue Research Foundation in the above referenced matter. Plaintiff respectfully requests that Mark Siegmund, Mu Lin Hsu, and Raphael Chabaneix be removed from all applicable service lists, including Notices of Electronic Filing. The law firms of Shore Chan and Kramer Day will continue to serve as counsel for Plaintiff.

Dated: July 28, 2022                    Respectfully submitted,

/s/ *Michael W. Shore*
Michael W. Shore

*Counsel for Plaintiff*
Purdue Research Foundation