UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 22-cv-03870-JSC<br><br>**PRETRIAL ORDER NO. 1** |

The Court held an initial case management conference on August 11, 2022 and orders as set forth below.

**1.**    <u>**Schedule**</u>

| | |
|---|---|
| Initial disclosures: | August 19, 2022 |
| Disclosure of asserted claims and infringement contentions;<br>Plaintiff's initial production (Pat. Loc. R. 3-1 and 3-2): | August 25, 2022 |
| Defendant's invalidity contentions;<br>Defendant's initial production (Pat. Loc. R. 3-3): | October 13, 2022 |
| Designation of experts for claim construction: | October 27, 2022 |
| Counter-designation of experts for claim construction: | November 3, 2022 |
| Exchange of proposed terms for construction (Pat. Loc. R. 4-2): | November 10, 2022 |
| Exchange of preliminary claim constructions and extrinsic evidence (Pat. Loc. R. 3-8): | November 17, 2022 |
| Plaintiff's damages contentions (Pat. Loc. R. 4-3): | December 1, 2022 |
| Joint claim construction and prehearing statement and expert Reports (Pat. Loc. R. 3-9): | December 9, 2022 |
| Defendant's responsive damages contentions (Pat. Loc. R. 4-4): | January 12, 2023 |

| | |
|---|---|
| Completion of claim construction discovery (Pat. Loc. R. 4-5): | January 26, 2023 |
| Plaintiff's opening claim construction brief (Pat. Loc. R. 4-5): | February 9, 2023 |
| Defendant's responsive claim construction brief (Pat. Loc. R.4-5): | February 16, 2023 |
| Plaintiff's Reply Claim Construction brief (Pat. Loc. R. 4-6): | February 23, 2023 |
| Technology Tutorial   (by video) | March 2, 2023 11:00 a.m. |
| Claim Construction Hearing (in Person) | March 14, 2023 9:00 a.m. |

**2.    Discovery**

- Interrogatories: 40 per side, including discrete sub-parts.
- Requests for Admission: 40 per side, except regarding authenticity.
- Requests for Production: No limit imposed.
- Fact Depositions: 70 hours of deposition time per side, including examination and cross-examination, with a presumptive limit of 7 hours of deposition time for any deponent under Rule 30(b0(1) or Rule 45.  The time is doubled for any deposition requiring an interpreter; the hours against the limit are halved for any such deposition.
- Expert Depositions: 7 hours of examination for each expert report.  For example, if an expert prepares reports on validity and infringement, the expert is subject to two days of deposition, each up to 7 hours.

**3.    Further Proceedings**

The Court will hold a further case management conference via video on January 12, 2023 at 1:30 p.m. An updated joint case management conference statement is due one week in advance. The Court will be particularly interested in whether the parties have selected a private mediator for mediation to occur after the claim construction ruling.  The Court also encourages the parties to adopt a remote deposition protocol.

**IT IS SO ORDERED.**

Dated: August 12, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge