Michael W. Shore (*pro hac vice*)
The Shore Firm
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111
mshore@shorefirm.com

M. Elizabeth Day (State Bar No. 177125)
Marc Belloli (State Bar No. 244290)
David Alberti (State Bar No. 220625)
Kramer Day Alberti Lim
    Tonkovich & Belloli LLP
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300
Fax: 650 460-8443
eday@kramerday.com
mbelloli@kramerday.com
dalberti@kramerday.com

*Attorneys for Plaintiff Purdue Research Foundation*

Matthew S. Warren (State Bar No. 230565)
Jennifer A. Kash (Sate Bar No. 203679)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Sachli Balazadeh-Nayeri (State Bar No. 341885)
22-3870@cases.warrenlex.com
Warren Lex LLP
    2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br>      Defendant. | Case No. 3:22-cv-3870-JSC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

      WHEREAS, plaintiff Purdue Research Foundation ("PRF") filed suit for patent infringement against defendant Google LLC ("Google") on February 1, 2022, in the Western District of Texas;

      WHEREAS, the Western District of Texas transferred the case to this Court on June 30, 2022;

      WHEREAS, PRF has decided to disclaim the patent in suit, U.S. Patent No. 10,379,925;

      WHEREAS, in light of PRF's decision to disclaim the patent in suit, Google and PRF agree that PRF's claims against Google in this action should be dismissed with prejudice;

NOW, THEREFORE, under Fed. R. Civ. P. 41(a)(1)(A)(ii), PRF and Google hereby stipulate that all claims asserted by PRF against Google in this action are dismissed, with prejudice, in their entirety.

| | |
|---|---|
| Date:  September 26, 2022 | Respectfully submitted, |
| /s/ M. Elizabeth Day | /s/ Matthew S. Warren |
| Michael W. Shore (*pro hac vice*) | Matthew S. Warren (State Bar No. 230565) |
| THE SHORE FIRM | Jennifer A. Kash (Sate Bar No. 203679) |
| 901 Main Street, Suite 3300 | Erika H. Warren (State Bar No. 295570) |
| Dallas, Texas 75202 | Francesca M. S. Germinario (State Bar No. 326208) |
| Telephone: 214-593-9110 | Sachli Balazadeh-Nayeri (State Bar No. 341885) |
| Fax: 214-593-9111 | WARREN LEX LLP |
| mshore@shorefirm.com | 2261 Market Street, No. 606 |
| | San Francisco, California, 94114 |
| M. Elizabeth Day (State Bar No. 177125) | +1 (415) 895-2940 |
| Marc Belloli (State Bar No. 244290) | +1 (415) 895-2964 facsimile |
| David Alberti (State Bar No. 220625) | 22-3870@cases.warrenlex.com |
| KRAMER DAY ALBERTI LIM TONKOVICH & BELLOLI LLP | *Attorneys for Defendant Google LLC* |
| 577 Airport Blvd., Suite 250 | |
| Burlingame, CA. 94010 | |
| Tel: 650 825-4300 | |
| Fax: 650 460-8443 | |
| eday@kramerday.com | |
| mbelloli@kramerday.com | |
| dalberti@kramerday.com | |

*Attorneys for Plaintiff Purdue Research Foundation*

## SIGNATURE ATTESTATION

Under Civil L.R. 5-1(h)(3), I attest that all electronic signatories to the foregoing document have concurred in this filing, and that I have maintained records to support this concurrence.

/s/ M. Elizabeth Day